■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BROWN, Appellant.—Judgment, Supreme Court, New York County (Budd Goodman, J.), rendered February 23, 1990, convicting defendant, in absentia, after a jury trial, of burglary in the second degree, and sentencing him, as a second felony offender, to a term of imprisonment of 7½ to 15 years, is unanimously affirmed.

Defendant's conviction is not against the weight of the

evidence, given that he was seen breaking into an apartment by a civilian witness and observed inside the apartment by a police officer acquainted with him, and made inculpatory statements en route to the precinct. Nor did the trial court abuse its sentencing discretion *(People v Farrar,* 52 NY2d 302). Not only should the particular acts by which a crime is committed be taken into account, but also the defendant's character and propensities, here elucidated by a very unfavorable presentence report. It is clear that the court's sentencing decision did not give improper weight to defendant's absence from the trial and sentencing. Concur—Carro, J. P., Kupferman, Asch and Smith, JJ.